1 | McGREGOR W. SCOTT
United States Attorney
2 | MICHAEL M. BECKWITH
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2729

**FILED**

AUG 2 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5

6

7

8 |            IN THE UNITED STATES DISTRICT COURT

9 |          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )   Case No. 2 0 8 - CR - 0 3 9 2 GEB
                                   )
12 |            Plaintiff,          )   VIOLATIONS: 21 U.S.C. §§ 846 and
                                   )   841(a)(1) – Conspiracy to
13 |       v.                       )   Distribute and Possess With Intent
                                   )   to Distribute Over 500 Grams of
14 | JORGE ALBERT REYES,            )   Methamphetamine; 21 U.S.C. §
ADAM PABLO REYES,                  )   841(a)(1)- Possession with Intent
15 | JUAN GABRIEL ALVAREZ,          )   to Distribute Over 500 Grams of
JUAN ABARCA-CATALAN,               )   Methamphetamine
16 | DAVID REYES NAVARRO,           )
KEOUDONE NOY PHAOUTHOUM,           )
17 | KHAMSOU SIDA,                  )
VICTOR ALFONSO CEJA,               )
18 | RUBEN ANTHONY OLSEN,           )
MAJID BAJMANLO,                    )
19 | JUAN MADRIGAL RIZO,            )
STEVEN LOPEZ,                      )
20 | THOMAS JESSE GARCIA,           )
JOSHUA LIKE,                       )
21 | SARAH LEANNE LANCASTER, and    )
ASHLEY RHYMER,                     )
22 |                                )
            Defendants.            )
23 | _____)

24

25 |               I N D I C T M E N T

26 | COUNT ONE:   [21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to
               Distribute and Possess with Intent to Distribute
27 |            Over 500 Grams of Methamphetamine]

28 |      The Grand Jury charges:  T H A T

                   JORGE ALBERT REYES,

                           1

1                          ADAM PABLO REYES,
                        JUAN GABRIEL ALVAREZ,
2                       JUAN ABARCA-CATALAN,
                         DAVID REYES NAVARRO,
3                     KEOUDONE NOY PHAOUTHOUM,
                            KHAMSOU SIDA,
4                        VICTOR ALFONSO CEJA,
                        RUBEN ANTHONY OLSEN,
5                          MAJID BAJMANLO,
                        JUAN MADRIGAL RIZO,
6                           STEVEN LOPEZ,
                        THOMAS JESSE GARCIA,
7                            JOSHUA LIKE,
                   SARAH LEANNE LANCASTER, and
8                          ASHLEY RHYMER,

9   defendants herein, beginning at a time unknown to the Grand Jury,

10  but no later than on or about April 12, 2008, and continuing until

11  on or about August 13, 2008, in the State and Eastern District of

12  California, did conspire with each other and with persons both known

13  and unknown to the Grand Jury to knowingly and intentionally

14  distribute and possess with intent to distribute over 500 grams of a

15  mixture and substance containing a detectable amount of

16  methamphetamine, a Schedule II controlled substance, in violation

17  of Title 21, United States Code, Sections 846 and 841(a)(1).

18       The Grand Jury further charges:  T H A T

19                      JORGE ALBERT REYES,

20  committed this offense after a prior felony conviction for a drug

21  offense had become final, specifically, keeping of a place to sell a

22  controlled substance, in violation of the California Health and

23  Safety Code, Section 11366, in Sacramento County, California, on or

24  about May 7, 1998.

25       The Grand Jury further charges:  T H A T

26                      JORGE ALBERT REYES,

27  committed this offense after a prior felony conviction for a drug

28  offense had become final, specifically, possession for sale of a

                                2

1   controlled substance, in violation of the California Health and
2   Safety Code, Section 11351, in Sacramento County, California, on or
3   about December 17, 2002.

4          The Grand Jury further charges:   T H A T

5                        ADAM PABLO REYES,

6   committed this offense after a prior felony conviction for a drug
7   offense had become final, specifically, transportation of a
8   controlled substance, in violation of the California Health and
9   Safety Code, Section 11379, in El Dorado County, California, on or
10  about August 21, 1992.

11         The Grand Jury further charges:   T H A T

12                       ADAM PABLO REYES,

13  committed this offense after a prior felony conviction for a drug
14  offense had become final, specifically, possession for sale of a
15  controlled substance, in violation of the California Health and
16  Safety Code, Section 11351, in Sacramento County, California, on or
17  about December 17, 2002.

18         The Grand Jury further charges:   T H A T

19                     JUAN ABARCA-CATALAN,

20  committed this offense after a prior felony conviction for a drug
21  offense had become final, specifically, possession of marijuana for
22  sale, in violation of the California Health and Safety Code, Section
23  11359, in Kern County, California, on or about September 18, 1996.

24         The Grand Jury further charges:   T H A T

25                        KHAMSOU SIDA,

26  committed this offense after a prior felony conviction for a drug
27  offense had become final, specifically, possession for sale of a
28  controlled substance, in violation of the California Health and

1  Safety Code, Section 11378, in Sacramento County, California, on or

2  about March 19, 2003.

3  COUNT TWO:   [21 U.S.C. § 841(a)(1) - Possession with Intent
                 to Distribute Over 500 Grams of Methamphetamine]

4

5      The Grand Jury further charges:   T H A T

6                    JORGE ALBERT REYES,
                KEOUDONE NOY PHAOUTHOUM,
7                     KHAMSOU SIDA, and
                   VICTOR ALFONSO CEJA,

8

9  defendants herein, on or about August 13, 2008, in the State and

10 Eastern District of California, did knowingly and intentionally

11 possess with intent to distribute over 500 grams of a mixture and

12 substance containing a detectable amount of methamphetamine, a

13 Schedule II controlled substance, in violation of Title 21, United

14 States Code, Section 841(a)(1), and Title 18, United States Code,

15 Section 2.

16     The Grand Jury further charges:   T H A T

17                   JORGE ALBERT REYES,

18 committed this offense after a prior felony conviction for a drug

19 offense had become final, specifically, keeping of a place to sell a

20 controlled substance, in violation of the California Health and

21 Safety Code, Section 11366, in Sacramento County, California, on or

22 about May 7, 1998.

23     The Grand Jury further charges:   T H A T

24                   JORGE ALBERT REYES,

25 committed this offense after a prior felony conviction for a drug

26 offense had become final, specifically, possession for sale of a

27 controlled substance, in violation of the California Health and

28 Safety Code, Section 11351, in Sacramento County, California, on or

                              4

1 | about December 17, 2002.

2 |     The Grand Jury further charges:   T H A T

3 |                              KHAMSOU SIDA,

4 | committed this offense after a prior felony conviction for a drug

5 | offense had become final, specifically, possession for sale of a

6 | controlled substance, in violation of the California Health and

7 | Safety Code, Section 11378, in Sacramento County, California, on or

8 | about March 19, 2003.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

5

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*
JORGE ALBERT REYES,
ADAM PABLO REYES,
JUAN GABRIEL ALVAREZ,
JUAN ABARCA-CATALAN,
DAVID REYES NAVARRO,
KEOUDONE NOY PHAOUTHOUM,
KHAMSOU SIDA,
VICTOR ALFONSO CEJA,
RUBEN ANTHONY OLSEN,
MAJID BAJMANLO,
JUAN MADRIGAL RIZO,
STEVEN LOPEZ,
THOMAS JESSE GARCIA,
JOSHUA LIKE,
SARAH LEANNE LANCASTER, and
ASHLEY RHYMER

## I N D I C T M E N T

**VIOLATION(S):** 21 U.S.C. §§ 846 and 841(a)(1) – Conspiracy to
Distribute and Possess With Intent to Distribute Over 500 Grams of
Methamphetamine; 21 U.S.C. § 841(a)(1)- Possession with Intent
to Distribute Over 500 Grams of Methamphetamine

*A true bill,*

_ _ _ _ _ _ _ _ _ _ _ / 5/ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ 2 8th _ _ _ *day*

*of* _ _ _ August _ _ _ , *A.D. 20* 0 8 _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail, $*  Defendants Jorge Reyes, Bajmanlo, & Garcia — Bench Warrants, bail to
be determined at hearing
Defendants Adam Reyes, Catalan, Phaothoum, Sida & Lancaster — No Bail
Previously Detained.
Defendants Navarro, Ceja, Olsen, Rizo, Lopez, Rhymer & Alvarez — On Bond
orders remain in effect.
Defendant Like — No process necessary

**PENALTY SLIP**

| DEFENDANT: | | |
|---|---|---|
| | JORGE ALBERT REYES | Counts 1 and 2 |
| | ADAM PABLO REYES | Count 1 |
| | JUAN GABRIEL ALVAREZ | Count 1 |
| | JUAN ABARCA-CATALAN | Count 1 |
| | DAVID REYES NAVARRO | Count 1 |
| | KEOUDONE NOY PHAOUTHOUM | Counts 1 and 2 |
| | KHAMSOU SIDA | Counts 1 and 2 |
| | VICTOR ALFONSO CEJA | Counts 1 and 2 |
| | RUBEN ANTHONY OLSEN | Count 1 |
| | MAJID BAJMANLO | Count 1 |
| | JUAN MADRIGAL RIZO | Count 1 |
| | STEVEN LOPEZ | Count 1 |
| | THOMAS JESSE GARCIA | Count 1 |
| | JOSHUA LIKE | Count 1 |
| | SARAH LEANNE LANCASTER and | Count 1 |
| | ASHLEY RHYMER | Count 1 |

**COUNT ONE**
**VIOLATION**: 21 U.S.C. §§ 846 and 841(a)(1)  - Conspiracy to Distribute and Possess with Intent to Distribute over 500 Grams of a Mixture of Substance Containing  Methamphetamine

**PENALTY**: At least 10 years imprisonment, and up to life imprisonment, $4,000,000 fine, At least 5 years supervised release.

With one prior charged: At least 20 years imprisonment, and up to life imprisonment, $8,000,000 fine, At least 10 years supervised release.

With two priors charged: Mandatory life imprisonment, $8,000,000 fine, No possibility of release.

**COUNT TWO**
**VIOLATION**: 21 U.S.C. § 841(a)(1)  - Possession with Intent to Distribute over 500 Grams of a Mixture of Substance Containing Methamphetamine

**PENALTY**: At least 10 years imprisonment, and up to life imprisonment, $4,000,000 fine, At least 5 years supervised release.

With one prior charged: At least 20 years imprisonment, and up to life imprisonment, $8,000,000 fine, At least 10 years supervised release.

With two priors charged: Mandatory life imprisonment, $8,000,000 fine, No possibility of release.

**PENALTY ASSESSMENT**: $100  assessment for each count

2 08 - CR - 0 3 9 2 GEB