```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | CR. S-08-0392-GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| JORGE ALBERT REYES, et al., ) | |
| ) | |
| Defendants. ) | Hon. Garland E. Burrell |
| ) | |

The parties request that the status conference currently set for March 20, 2009, be continued to April 10, 2009, and stipulate that the time beginning March 20, 2009, and extending through April 10, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

The parties are in the process of discussing and negotiating the various plea offers in this case.  Each defendant will need

time to consider his or her offer in light of the discovery. As such, the attorneys for each defendant need more time to review the discovery in this case, discuss that discovery with their respective clients, consider new evidence that may affect the disposition of this case, conduct necessary legal research and investigation, and then discuss with their clients how to proceed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

Dated: March 19, 2009  By:/s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney

Dated: March 19, 2009  By:/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Attorney for defendant
Adam Pablo Reyes

Dated: March 19, 2009  By:/s/ Michael A. Brush
MICHAEL A. BRUSH
Attorney for defendant
Juan Gabriel Alvarez

Dated: March 19, 2009  By:/s/ Clarence Emmett Mahle
CLARENCE EMMETT MAHLE
Attorney for defendant
Juan Abarca-Catalan

Dated: March 19, 2009  By:/s/ Michael L. Chastaine
MICHAEL L. CHASTAINE
Attorney for defendant
David Reyes Navarro

| | | |
|---|---|---|
| Dated: March 19, 2009 | By: | /s/ Steven D. Bauer |
| | | STEVEN D. BAUER |
| | | Attorney for defendant |
| | | Keoudone Noy Phaouthoum |
| Dated: March 19, 2009 | By: | /s/ Carl E. Larson |
| | | CARL E. LARSON |
| | | Attorney for defendant |
| | | Khamsou Sida |
| Dated: March 19, 2009 | By: | /s/ Evans D. Prieston |
| | | EVANS D. PRIESTON |
| | | Attorney for defendant |
| | | Victor Alfonso Ceja |
| Dated: March 19, 2009 | By: | /s/ Danny D. Brace, Jr. |
| | | DANNY D. BRACE, JR. |
| | | Attorney for defendant |
| | | Ruben Anthony Olsen |
| Dated: March 19, 2009 | By: | /s/ Scott L. Tedmon |
| | | SCOTT L. TEDMON |
| | | Attorney for defendant |
| | | Majid Bajmanlo |
| Dated: March 19, 2009 | By: | /s/ Julie H. Raridan |
| | | JULIE H. RARIDAN |
| | | Attorney for defendant |
| | | Juan Madrigal Rizo |
| Dated: March 19, 2009 | By: | /s/ William E. Bonham |
| | | WILLIAM E. BONHAM |
| | | Attorney for defendant |
| | | Thomas Jesse Garcia |
| Dated: March 19, 2009 | By: | /s/ Scott N. Cameron |
| | | SCOTT N. CAMERON |
| | | Attorney for defendant |
| | | Sarah Leanne Lancaster |
| Dated: March 19, 2009 | By: | /s/ Daniel M. Davis |
| | | DANIEL M. DAVIS |
| | | Attorney for defendant |
| | | Ashley Rhymer |

**ORDER**

For the reasons stated above, the status conference in case number CR. S-08-0392-GEB, currently set for March 20, 2009, is continued to April 10, 2009; and the time beginning March 20, 2009, and extending through April 10, 2009, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: March 19, 2009

GARLAND E. BURRELL, JR.
United States District Judge