1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ADAM REYES

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,    ) NO. CR-S-08-392 GEB
                                  )
13 |            Plaintiff,        ) ***AMENDED***
                                  ) **STIPULATION AND ORDER TO CONTINUE**
14 |      v.                      ) **STATUS CONFERENCE DATE AND**
                                  ) **EXCLUDING TIME**
15 | ADAM REYES, et al.,          )
                                  )
16 |            Defendants.       ) Date: April 10, 2009
                                  ) Time: 9:00 a.m.
17 | _____) Judge: Garland E. Burrell, Jr.

18

19      The parties request that the status conference currently set for

20 April 10, 2009, be continued to May 29, 2009, and stipulate that the

21 time beginning April 10, 2009, and extending through May 29, 2009,

22 should be excluded from the calculation of time under the Speedy Trial

23 Act.  The parties submit that the ends of justice are served by the

24 Court excluding time so that counsel for each defendant may have

25 reasonable time necessary for effective preparation, taking into

26 account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv);

27 Local Code T4.

28 ///

1     The parties are in the process of discussing and negotiating the various plea offers in this case. Each defendant will need time to consider his or her offer in light of the discovery. As such, the attorneys for each defendant need more time to review the discovery in this case, discuss the discovery with their respective clients, consider new evidence that may affect the disposition of this case, conduct necessary legal research and investigation, and then discuss with their clients how to proceed. The parties stipulate and agree that the interests of justice served granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Dated: April 9, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon

_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
ADAM REYES

Dated: April 9, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Matthew C. Bockmon for

_____
MICHAEL BECKWITH
Assistant U.S. Attorney

Dated: April 9, 2009         /s/ Michael A. Brush

_____
MICHAEL A. BRUSH
Attorney for Defendant
Juan Gabriel Alvarez

| | | |
|---|---|---|
| Dated: April 9, 2009 | | /s/ Clarence Emmett Mahle |

_____
CLARENCE EMMETT MAHLE
Attorney for Defendant
Juan Abarca-Catalan

Dated: April 9, 2009         /s/ Michael L. Chastaine

_____
MICHAEL L. CHASTAINE
Attorney for Defendant
David Reyes Navarro

Dated: April 9, 2009         /s/ Steven D. Bauer

_____
STEVEN D. BAUER
Attorney for Defendant
Keoudone Noy Phaouthoum

Dated: April 9, 2009         /s/ Evans E. Prieston

_____
EVANS E. PRIESTON
Attorney for Defendant
Victor Alfonso Ceja

Dated: April 9, 2009         /s/ Danny D. Brace, Jr.

_____
DANNY D. BRACE, JR.
Attorney for Defendant
Ruben Anthony Olsen

Dated: April 9, 2009         /s/ Scott L. Tedmon

_____
SCOTT L. TEDMON
Attorney for Defendant
Majid Bajmanlo

Dated: April 9, 2009         /s/ Julie H. Raridan

_____
JULIE H. RARIDAN
Attorney for Defendant
Juan Madrigal Rizo

Dated: April 9, 2009         /s/ William E. Bonham

_____
WILLIAM E. BONHAM
Attorney for Defendant
Thomas Jesse Garcia

```
Dated: April 9, 2009                    /s/ Daniel M. Davis
                                        _____
                                        DANIEL M. DAVIS
                                        Attorney for Defendant
                                        Ashley Rhymer

Dated: April 9, 2009                    /s/ Dan Koukol
                                        _____
                                        DAN KOUKOL
                                        Attorney for Defendant
                                        Steven Lopez
```

ORDER

For the reasons stated above, the status conference in case number CR-S-08-392 GEB, currently set for April 10, 2009, is continued to May 29, 2009; and the time beginning April 10, 2009, and extending through May 29, 2009 is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants is a speedy trial. 18 U.S.C. § 3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  April 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                            4