```
LAWRENCE G. BROWN
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                ) | |
| ) | CR. S-08-0392-GEB |
| Plaintiff,                ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v.                ) | EXCLUDING TIME |
| ) | |
| JORGE ALBERT REYES, et al.,                ) | |
| ) | |
| Defendants.                ) | Hon. Garland E. Burrell |

The parties request that the status conference currently set for August 14, 2009, be continued to September 18, 2009, and stipulate that the time beginning August 14, 2009, and extending through September 18, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

The parties are in the process of discussing and negotiating

1

1 the various plea offers in this case.  Each defendant will need
2 time to consider his or her offer in light of the discovery.  As
3 such, the attorneys for each defendant need more time to review
4 the discovery in this case, discuss that discovery with their
5 respective clients, consider new evidence that may affect the
6 disposition of this case, conduct necessary legal research and
7 investigation, and then discuss with their clients how to
8 proceed.  The parties stipulate and agree that the interests of
9 justice served by granting this continuance outweigh the best
10 interests of the public and the defendants in a speedy trial.  18
11 U.S.C. § 3161(h)(8)(A).

                                    Respectfully Submitted,

                                    LAWRENCE G. BROWN
                                    United States Attorney

Dated: August 12, 2009         By:/s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney

Dated: August 12, 2009         By:/s/ Matthew C. Bockmon
                                    MATTHEW C. BOCKMON
                                    Attorney for defendant
                                    Adam Pablo Reyes

Dated: August 12, 2009         By:/s/ Michael A. Brush
                                    MICHAEL A. BRUSH
                                    Attorney for defendant
                                    Juan Gabriel Alvarez

Dated: August 12, 2009         By:/s/ Clarence Emmett Mahle
                                    CLARENCE EMMETT MAHLE
                                    Attorney for defendant
                                    Juan Abarca-Catalan

Dated: August 12, 2009         By:/s/ Steven D. Bauer
                                    STEVEN D. BAUER
                                    Attorney for defendant
                                    Keoudone Noy Phaouthoum

```
Dated: August 12, 2009           By:/s/ Carl E. Larson
                                    CARL E. LARSON
                                    Attorney for defendant
                                    Khamsou Sida

Dated: August 12, 2009           By:/s/ Evans D. Prieston
                                    EVANS D. PRIESTON
                                    Attorney for defendant
                                    Victor Alfonso Ceja

Dated: August 12, 2009           By:/s/ Danny D. Brace, Jr.
                                    DANNY D. BRACE, JR.
                                    Attorney for defendant
                                    Ruben Anthony Olsen

Dated: August 12, 2009           By:/s/ Scott L. Tedmon
                                    SCOTT L. TEDMON
                                    Attorney for defendant
                                    Majid Bajmanlo

Dated: August 12, 2009           By:/s/ Julie H. Raridan
                                    JULIE H. RARIDAN
                                    Attorney for defendant
                                    Juan Madrigal Rizo

Dated: August 12, 2009           By:/s/ William E. Bonham
                                    WILLIAM E. BONHAM
                                    Attorney for defendant
                                    Thomas Jesse Garcia

Dated: August 12, 2009           By:/s/ Daniel M. Davis
                                    DANIEL M. DAVIS
                                    Attorney for defendant
                                    Ashley Rhymer
```

3

**ORDER**

For the reasons stated above, the status conference in case number CR. S-08-0392-GEB, currently set for August 14, 2009, is continued to September 18, 2009; and the time beginning August 14, 2009, and extending through September 18, 2009, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: August 18, 2009

GARLAND E. BURRELL, JR.
United States District Judge