1  LAWRENCE G. BROWN
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-08-0392-GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING STATUS CONFERENCE AND |
| v. | ) | EXCLUDING TIME |
| | ) | |
| JORGE ALBERT REYES, et al., | ) | |
| | ) | |
| Defendants. | ) | Hon. Garland E. Burrell |

The parties request that the status conference currently set for September 18, 2009, be continued to October 23, 2009, and stipulate that the time beginning September 18, 2009, and extending through October 23, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

The parties are in the process of discussing and negotiating

1

the various plea offers in this case.  Each defendant will need time to consider his or her offer in light of the discovery.  As such, the attorneys for each defendant need more time to review the discovery in this case, discuss that discovery with their respective clients, consider new evidence that may affect the disposition of this case, conduct necessary legal research and investigation, and then discuss with their clients how to proceed.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Attempts were made to contact defense counsel for defendant, Juan Madrigal Rizo, with respect to this case and this continuance request.  Sharon Goin legal assistant to the undersigned Assistant U.S. Attorney left a voice mail and an e-mail requesting a continuance of this matter with no response.

Respectfully Submitted,

LAWRENCE G. BROWN
United States Attorney

Dated: September 16, 2009    By:/s/ Michael M. Beckwith
                                MICHAEL M. BECKWITH
                                Assistant U.S. Attorney

Dated: September 16, 2009    By:/s/ Matthew C. Bockmon
                                MATTHEW C. BOCKMON
                                Attorney for defendant
                                Adam Pablo Reyes

Dated: September 16, 2009    By:/s/ Michael A. Brush
                                MICHAEL A. BRUSH
                                Attorney for defendant
                                Juan Gabriel Alvarez

```
Dated: September 16, 2009        By:/s/ Clarence Emmett Mahle
                                    CLARENCE EMMETT MAHLE
                                    Attorney for defendant
                                    Juan Abarca-Catalan

Dated: September 16, 2009        By:/s/ Steven D. Bauer
                                    STEVEN D. BAUER
                                    Attorney for defendant
                                    Keoudone Noy Phaouthoum

Dated: September 16, 2009        By:/s/ Evans D. Prieston
                                    EVANS D. PRIESTON
                                    Attorney for defendant
                                    Victor Alfonso Ceja

Dated: September 16, 2009        By:/s/ Danny D. Brace, Jr.
                                    DANNY D. BRACE, JR.
                                    Attorney for defendant
                                    Ruben Anthony Olsen

Dated: September 16, 2009        By:/s/ Scott L. Tedmon
                                    SCOTT L. TEDMON
                                    Attorney for defendant
                                    Majid Bajmanlo

Dated: September 16, 2009        By:/s/ William E. Bonham
                                    WILLIAM E. BONHAM
                                    Attorney for defendant
                                    Thomas Jesse Garcia

Dated: September 16, 2009        By:/s/ Christopher R. Cosca
                                    CHRISTOPHER R. COSCA
                                    Attorney for defendant
                                    Ashley Rhymer

Dated: September 16, 2009        By:/s/ Carl Larson
                                    CARL LARSON
                                    Attorney for defendant
                                    Khamsou Sida
```

**ORDER**

For the reasons stated above, the status conference in case number CR. S-08-0392-GEB, currently set for September 18, 2009, is continued to October 23, 2009; and the time beginning September 18, 2009, and extending through October 23, 2009, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   September 18, 2009

GARLAND E. BURRELL, JR.
United States District Judge

4