DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADAM REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADAM REYES, ) <br> ) Defendant. ) <br> _____ ) | NO. CR-S-08-392 GEB <br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE DATE AND EXCLUDING TIME** <br><br> Date:  December 18, 2009 <br> Time:  9:00 a.m. <br> Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael Beckwith, Assistant United States Attorney, and Adam Reyes, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for November 20, 2009, be vacated and a new status conference hearing date of December 18, 2009, at 9:00 a.m., be set.

This continuance is being requested because defense counsel needs additional time to meet with defendant at the Butte County jail, and for ongoing defense investigation and preparation.

/ / /

/ / /

1    IT IS FURTHER STIPULATED that the period from November 20, 2009,
2 through and including December 18, 2009, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

Dated: November 18, 2009              Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Matthew C. Bockmon
                                      _____
                                      MATTHEW C. BOCKMON
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ADAM REYES

Dated: November 18, 2009              BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Matthew C. Bockmon for
                                      _____
                                      MICHAEL BECKWITH
                                      Assistant U.S. Attorney


                              **O R D E R**

**IT IS SO ORDERED.**

Dated:  November 23, 2009

                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge

Stip & Order                          2