```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ADAM REYES
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-08-392 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
|  | ) **STATUS CONFERENCE DATE AND** |
| v. | ) **EXCLUDING TIME** |
| ADAM REYES, | ) Date: December 18, 2009 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael Beckwith, Assistant United States Attorney, and Adam Reyes, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for November 20, 2009, be vacated and a new status conference hearing date of December 18, 2009, at 9:00 a.m., be set.

    This continuance is being requested because defense counsel needs additional time to meet with defendant at the Butte County jail, and for ongoing defense investigation and preparation.

/ / /

/ / /

1    IT IS FURTHER STIPULATED that the period from November 20, 2009,
2 through and including December 18, 2009, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

Dated: November 18, 2009                Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        */s/ Matthew C. Bockmon*
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ADAM REYES


Dated: November 18, 2009                BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Matthew C. Bockmon for*
                                        _____
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney


                            **O R D E R**

**IT IS SO ORDERED.**

Dated:  November 23, 2009

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stip & Order                            2