1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
6   Attorney for Defendant
    ADAM REYES
7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                    )  NO. CR-S-08-392 GEB
12   UNITED STATES OF AMERICA,        )
                                      )
13              Plaintiff,            )  **STIPULATION AND ORDER TO CONTINUE**
                                      )  **STATUS CONFERENCE DATE AND**
14        v.                          )  **EXCLUDING TIME**
                                      )
15   ADAM REYES,                      )
                                      )  Date:  February 26, 2010
16              Defendant.            )  Time:  9:00 a.m.
                                      )  Judge: Garland E. Burrell, Jr.
17   _____)

18        IT IS HEREBY STIPULATED AND AGREED TO between the United States of

19   America through Michael Beckwith, Assistant United States Attorney, and

20   Adam Reyes, by and through his counsel, Matthew C. Bockmon, Assistant

21   Federal Defender, that the status conference presently scheduled for

22   February 12, 2010, be vacated and a new status conference hearing date

23   of February 26, 2010, at 9:00 a.m., be set.

24        This continuance is being requested because defense counsel needs

25   additional time to meet with defendant at the Butte County jail, and

26   for ongoing defense investigation and preparation.

27   / / /

28   / / /

IT IS FURTHER STIPULATED that the period from February 12, 2010, through and including February 26, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: February 11, 2010                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Matthew C. Bockmon
                                            _____
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            ADAM REYES


Dated: February 11, 2010                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Matthew C. Bockmon for
                                            _____
                                            MICHAEL BECKWITH
                                            Assistant U.S. Attorney



                              **O R D E R**

**IT IS SO ORDERED.**

Dated:  February 11, 2010

                                            _____
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge