DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ADAM REYES


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. CR-S-08-392 GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER FOR CRIMINAL HISTORY CALCULATION |
| ADAM REYES, | ) | |
| Defendant. | ) | Date: February 26, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

  The United States of America, by and through its counsel, Michael Beckwith, and Adam Reyes, by and through his counsel, Caro Marks, hereby stipulate and agree as follows:

  Since the departure of Karen Meusling Pyatt from United States Probation, some of its procedures have changed. Now, if one or both parties want Probation to calculate a defendant's criminal history score (for guidelines purposes), and this task would require Probation to order documents, records, "rap sheets", etc. from courts or other

1  agencies, Probation requests the parties seek by stipulation the
2  court's order to do so.  A stipulation and order is not necessary for
3  every request for a criminal history calculation, but only for those
4  sufficiently complicated that Probation would have to order records to
5  reach a conclusion.

6  Defendant Adam Reyes' record is such an example. Probation Officer
7  Linda Alger, as well as two different defense counsel, have examined
8  the record and are unable to determine without more what criminal
9  history category applies or indeed, whether the defendant is a career
10 offender.  His certified "rap sheet" shows numerous incomplete arrests
11 or convictions, and there appear to be a sufficient number of drug-
12 related convictions to suggest he may be a career offender. Therefore,
13 having examined the available records and found them insufficient to
14 reach a conclusion, Probation has requested the undersigned counsel to
15 move the court for an order it complete a criminal history calculation
16 only (that is, not a complete "Pre-Plea PSR"), on behalf of Mr. Reyes.

17 As time under the Speedy Trial Act has repeatedly and consistently
18 been excluded under Local Code T-4, for ongoing preparation of counsel,
19 this court need not make any other findings of excludable time.

20 Since it is possible Probation will not be able to complete this
21 task before the defendant's next appearance on February 26, 2010, the
22 parties may seek to continue that appearance until the calculations are
23 complete.

24
25
26
27
28

Name of Pleading Reyescrimhistorder-2-

| | |
|---|---|
| Dated: February 19, 2010 | Respectfully Submitted, |
| | DANIEL BRODERICK<br>Federal Defender |
| | /s/ Caro Marks<br>_____<br>CARO MARKS<br>Assistant Federal Defender<br>Attorney for Defendant<br>TROY NELSON |
| | BENJAMIN WAGNER<br>United States Attorney |
| | /s/ Michael Beckwith<br>_____<br>MICHAEL BECKWITH<br>Assistant U.S. Attorney |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that United States Probation for the Eastern District of California conduct a calculation of defendant Adam Reyes' criminal history score, as that term is used in the United States Sentencing Guidelines.

Upon completion of the calculation, Probation shall notify both parties, and shall furnish both parties with its conclusion, along with a copy of its calculations so that the parties may understand the means by which Probation reached its conclusion.

**IT IS SO ORDERED.**

Dated: February 22, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Name of Pleading Reyescrimhistorder -3-