```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ADAM REYES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-08-392 GEB |
| )    Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE DATE AND EXCLUDING TIME** |
| v. ) | |
| ADAM REYES, ) | Date: May 21, 2010 |
| )    Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael Beckwith, Assistant United States Attorney, and Adam Reyes, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for April 30, 2010, be vacated and a new status conference hearing date of May 21, 2010, at 9:00 a.m., be set.

   This continuance is being requested because defense counsel needs additional time to meet with defendant at the Butte County jail, and for ongoing defense investigation and preparation.

/ / /

/ / /

1     IT IS FURTHER STIPULATED that the period from April 30, 2010,
2 through and including May 21, 2010, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

6 Dated: April 28, 2010                  Respectfully submitted,

7                                        DANIEL J. BRODERICK
                                         Federal Defender
8
                                         */s/ Matthew C. Bockmon*
9                                        _____
                                         MATTHEW C. BOCKMON
10                                       Assistant Federal Defender
                                         Attorney for Defendant
11                                       ADAM REYES

12

13 Dated: April 28, 2010                 BENJAMIN B. WAGNER
                                         United States Attorney
14
                                         */s/ Matthew C. Bockmon for*
15                                       _____
                                         MICHAEL BECKWITH
16                                       Assistant U.S. Attorney

17

18
                                **O R D E R**
19

20 **IT IS SO ORDERED.**

21 Dated:  May 5, 2010

22

23                                       _____
                                         GARLAND E. BURRELL, JR.
24                                       United States District Judge

25

26

27

28

Stip & Order                             2