DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADAM REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | NO. CR-S-08-392 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE** |
| ) | **STATUS CONFERENCE DATE AND** |
| v. ) | **EXCLUDING TIME** |
| ) | |
| ADAM REYES, ) | |
| ) | Date:  May 21, 2010 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael Beckwith, Assistant United States Attorney, and Adam Reyes, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for April 30, 2010, be vacated and a new status conference hearing date of May 21, 2010, at 9:00 a.m., be set.

   This continuance is being requested because defense counsel needs additional time to meet with defendant at the Butte County jail, and for ongoing defense investigation and preparation.

/ / /

/ / /

1    IT IS FURTHER STIPULATED that the period from April 30, 2010,
2 through and including May 21, 2010, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

6 Dated: April 28, 2010                    Respectfully submitted,

7                                          DANIEL J. BRODERICK
                                           Federal Defender
8
                                           /s/ Matthew C. Bockmon
9                                          _____
10                                         MATTHEW C. BOCKMON
                                           Assistant Federal Defender
                                           Attorney for Defendant
11                                         ADAM REYES

12

13 Dated: April 28, 2010                   BENJAMIN B. WAGNER
                                           United States Attorney
14
                                           /s/ Matthew C. Bockmon for
15                                         _____
                                           MICHAEL BECKWITH
16                                         Assistant U.S. Attorney

17

18
                                **O R D E R**
19

20 **IT IS SO ORDERED.**

21 Dated:  May 5, 2010

22

23                          _/s/ Garland E. Burrell Jr._____
                            GARLAND E. BURRELL, JR.
24                          United States District Judge

25

26

27

28

Stip & Order                              2