FILED

OCT 18 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:08-cr-392 GEB |
| Plaintiff, | ) |
| | ) RELEASE ORDER |
| vs. | ) |
| | ) Date: October 18, 2013 |
| ADAM PABLO REYES, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) |
| | ) |

On October 18, 2013, this Court sentenced the defendant, ADAM PABLO REYES to time served. Therefore, Mr. Reyes should be ordered released in this case.

Good cause appearing therefor,

IT IS ORDERED that ADAM PABLO REYES be released from federal custody in the above-captioned case immediately.

Dated October __18__, 2013

Hon. Garland E. Burrell, Jr.
United States District Judge

" copy "

Release Order                                                     U.S. v ADAM PABLO REYES, 2:08-cr-392 GEB