## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

| | |
|---|---|
| Honorable Garland E. Burrell, Jr.<br>Senior United States District Judge<br>Sacramento, California | RE: **Adam Pablo Reyes**<br>Docket Number: **2:08CR00392-02**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Adam Pablo Reyes is requesting permission to travel to Cancun, Mexico. Mr. Reyes is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On October 18, 2031, Adam Pablo Reyes was sentenced for the offense(s) of 21 USC 846 and 841(a)(1) – Conspiracy to Distribute and Possess With Intent to Distribute Over 500 Grams of Methamphetamine.

**Sentence Imposed:** Time served; 60 months supervised release; $100 special assessment. Special conditions include warrantless search, financial disclosure, drug/alcohol treatment, drug/alcohol testing, pager/cellular phone restrictions, aftercare copayment, and drug offender registration.

**Dates and Mode of Travel:** May 31 – June 8, 2018, by Volaris Air. Mr. Reyes will be traveling with his fiancée, Esmeralda Rodriguez.

**Purpose:** Vacation

**RE:	Adam Pablo Reyes
	Docket Number:  2:08CR00392-02
	<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

*/s/ Wendy E. Reyes*

Wendy E. Reyes
United States Probation Officer

Dated:	May 10, 2018
	Elk Grove, California
	WER/sda

**REVIEWED BY:**	*/s/ Brenda Barron-Harrell*
	**Brenda Barron-Harrell
	Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved
**Dated:  May 10, 2018**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge